# TROY LAW, PLLC
### ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

January 29, 2020

**Via ECF**
Hon. Debra C. Freeman, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

       **Re:**    **Notice of Settlement in Principle**
             *Lin et al v. Teng Fei Restaurant Group Inc. et al*, No. 17-cv-01774 (DCF),
             (E.D.N.Y.)

Your Honor,

This office represents the Plaintiffs in the above-referenced matter. We write respectfully, and with the consent of Defense counsel, to report to the Court that the parties have reached a settlement in principle. Specifically, on the issues of amount and method of payment, the parties have agreed to the Court's proposal of $120,000.00 to be paid in 12 monthly installments of $10,000.00.

Before executing a settlement agreement, the parties will have to confer further regarding a number of issues, including security of the settlement amount to be paid over time.

Additionally, as Your Honor is aware, Defendant Teng is currently in China visiting his sick father. We have it from Defense counsel that "[d]ue to the outbreak of coronavirus and his family medical condition, [Defendant Teng] does not plan to come back till [] late [] March or April." Your Honor was concerned at the final pretrial conference about whether Defendant Teng's plan to stay in China was founded on factors he couldn't control (such as a travel restriction due to the coronavirus outbreak) or factors he could (such as his desire to be present when his father passed). Defense counsel has explained that while his return ticket was dated to some time after the trial date, at the time he left for China, Defendant Teng intended to modify his ticket to be back in the United States by February 3, 2020; and that this plan was disrupted by the novel-coronavirus outbreak in Wuhan which requires a 14-day quarantine.

It would appear, therefore, that it is not feasible for the Defendant to reenter the United States and appear for trial on February 4, 2020. At the final pretrial conference, the Court made it clear that if Defendant could not appear for trial due to factors beyond his control, the Court would not prejudice him by holding a trial on scheduled days when he could not appear.

For both the above-stated reasons—the parties' settlement in principle and Defendants' seeming inability to attend the scheduled trial due to factors beyond his control—the parties request that the trial scheduled to begin February 4, 2020 be adjourned *sine die*, and that the parties be given until March 30, 2020 (61 days from today, as March 29, 2020 is a Sunday) to submit an

Hon. Debra C. Freeman, U.S.M.J.
January 29, 2020
*Lin et al v. Teng Fei Restaurant Group Inc. et al*, No. 17-cv-01774 (DCF), (E.D.N.Y.)
Page 2 of 2

executed proposed settlement and joint motion for approval of the proposed settlement by the Court.

        We thank the Court for its attention to and consideration of this matter.

                Respectfully submitted,
                TROY LAW, PLLC

                 */s/ Aaron Schweitzer*
                Aaron B. Schweitzer, Esq.
                *Attorney for Plaintiffs*

cc: via ECF
    all counsel of record