**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
GUANGQING LIN, and
YUN QIANG WU,
*on behalf of themselves and others similarly situated*,
                              Plaintiffs,
            v.

TENG FEI RESTAURANT GROUP INC.
     d/b/a Tenzan 89 Japanese Cuisine and
FEI TENG
                              Defendants.
---------------------------------------------------------------x

**Case No: 17-cv-1774**

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

      PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs GUANGQING LIN, and YUN QIANG WU, through their undersigned counsel, hereby accept and provide notice that they have Defendants' Offer of Judgment to Plaintiffs dated March 2, 2020, attached hereto as Exhibit A.

Dated: Flushing, New York
March 2, 2020

                                        TROY LAW, PLLC
                                        *Attorney for the Plaintiffs*

                                        /s/      John Troy
                                        John Troy (JT0481)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
GUANGQING LIN, and
YUN QIANG WU,
*on behalf of themselves and others similarly situated*,
                Plaintiffs,
v.

TENG FEI RESTAURANT GROUP INC.
    d/b/a Tenzan 89 Japanese Cuisine and
FEI TENG
                       Defendants
-------------------------------------------------------------x

**Case No: 17-cv-1774**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent via ECF to their Attorney of Record.

Dated: Flushing, New York
March 2, 2020

                                       TROY LAW, PLLC
                                       *Attorney for the Plaintiffs*

                                        /s/     John Troy
                                        John Troy (JT0481)