TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel: (718) 762-1324



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2020

**UNITED STATES DISTRICT COURT**
---------------------------------------------------------------x
GUANGQING LIN, and
YUN QIANG WU,
*on behalf of themselves and others similarly situated,*
        Plaintiffs,
  v.

TENG FEI RESTAURANT GROUP INC.
  d/b/a Tenzan 89 Japanese Cuisine and
FEI TENG
        Defendants.
---------------------------------------------------------------x

**Case No: 17-cv-1774**

~~PROPOSED~~ JUDGMENT

The Honorable Debra C. Freeman, Magistrate Judge:

  Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants TENG FEI RESTAURANT GROUP INC. d/b/a Tenzan 89 Japanese Cuisine and FEI TENG, having offered to allow judgment be taken against them by consent Plaintiffs GUANGQING LIN, and YUNQIANG WU, in this action for a sum of **One Hundred Twenty Thousand Dollars ($120,000.00)** including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiffs GUANGQING LIN, and YUNQIANG WU suffered any damage; Plaintiffs GUANGQING LIN, and YUNQIANG WU, through John Troy, Troy Law PLLC, on having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated , and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

  **ORDERED, ADJUDGED, AND DECREED,** that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount **One**

**Hundred Twenty Thousand Dollars ($120,000.00)**, jointly and severally against Defendants **TENG FEI RESTAURANT GROUP, INC. d/b/a Tenzan 89 Japanese Cuisine and FEI TENG**, including attorney's fees and costs now accrued; plus post-judgment interest pursuant to 28 U.S.C. 1961; and that if any amounts remain unpaid upon the expiration of 365 days following the issuance of judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL 198(4).

Dated: 3/18/2020

_____
U.S.M.J.

(In light of this final judgment, the Clerk of Court is directed to close this case on the Court's Docket)

DEBRA FREEMAN
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK**